UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:

Joshua Allen Ingram and Ashley Ingram

Debtor(s).

CHAPTER 7

CASE NO:   23-02826-EG

**ORDER DISABLING PUBLIC ACCESS**

    This matter comes before the Court on motion of Joshua Allen Ingram and Ashley Ingram to disable public access to Schedules and Statements, docket no. 22 inadvertently filed with unredacted privacy information as set forth in Fed. R. Bankr. P. 9037. Pursuant to Fed. R. Bankr. P. 9037, it is hereby:

    ORDERED that the Clerk of Court shall disable public access to Schedules and Statements filed by Joshua Allen Ingram and Ashley Ingram on October 11, 2023. Access to Schedules and Statements may still be provided by the Clerk of Court to Debtor(s), any attorney for the Debtor(s), the case trustee, if any, and the United States trustee upon request.

    Joshua Allen Ingram and Ashley Ingram is/are directed to amend the Schedules and Statements filed in this case within twenty (20) days from entry of this Order with any privacy information redacted.

AND IT IS SO ORDERED.

**FILED BY THE COURT**
**11/16/2023**



Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina

Entered: 11/16/2023