# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420−2 | User: admin | Date Created: 11/16/2023 |
| Case: 23−02826−eg | Form ID: pdf01 | Total: 6 |

**Recipients of Notice of Electronic Filing:**
ust    US Trustee's Office    USTPRegion04.CO.ECF@usdoj.gov
tr    Michelle L. Vieira    trustee@chapter7.email
aty    Michael Conrady    mconrady@campbell−law−firm.com
aty    Tara E. Nauful    tara@bestlawsc.com

    TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Joshua Allen Ingram    1016 Mt. Whitney Drive    Summerville, SC 29483
jdb    Ashley Ingram    1016 Mt. Whitney Drive    Summerville, SC 29483

    TOTAL: 2