UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE: )
) B/K Case No. 23-02826-EG
JOSHUA ALLEN INGRAM and )
ASHLEY INGRAM ) Chapter 7
Debtors. )

**CONSENT ORDER AVOIDING JUDICIAL LIEN (11 U.S.C. §522(f)(1)(A))**
**EQUITY ANALYSIS/CO-OWNED PROPERTY**

Before the Court is the motion of the debtor to avoid the judicial lien held by the following creditors:

| Name of creditor and description of property securing lien | Total Equity | Debtor's Equity | Applicable Exemption and Code Section | Non-exempt Equity | Estimated Judicial Lien | Judicial lien not avoided | Judicial lien avoided |
|---|---|---|---|---|---|---|---|
| Concrete Supply Co., LLC 1016 Mt. Whitney Drive Summerville, SC 29483 | $196,827.34 | $98,413.67 | $67,100.00 S.C. Code §15-41-30(A)(1) | $31,313.67 | $39,897.94 | $31,313.67 | $8,584.27 |

The Court finds that the judicial lien of the above-named creditors impairs the exemptions to which the debtor would otherwise be entitled under 11 U.S.C. § 522(b) and Chapter 41 of Title 15, Code of Laws of South Carolina, 1976 (as amended), as to the above described property only, and that the judicial lien should therefore be avoided pursuant to 11 U.S.C. §522(f)(1)(A) in the amount set forth above.

Therefore, IT IS ORDERED that the judicial lien held by the above-named creditor as to the above described property only is avoided in the amount set forth above. Any judicial lien set forth above which is avoided in full may be canceled of record at any time after thirty (30) days after a discharge in this case is granted.

AND IT IS SO ORDERED.

**FILED BY THE COURT**
**06/27/2024**



Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina

Entered: 06/27/2024

I CONSENT:

CAMPBELL LAW FIRM, P.A.

/s/ Michael Conrady
MICHAEL H. CONRADY
Attorney for the Debtors
P.O. Box 684
Mt. Pleasant, SC 29465
(843) 884-6874/884-0997(fax)
District Court ID No. 5560
mconrady@campbell-law-firm.com


I CONSENT:

BEAL, LLC

/s/ Adam Floyd
ADAM FLOYD
Attorney for Concrete Supply Servicing, LLC
1301 Gervais Street, Suite 1040
Columbia, SC 29201
(803) 728-0803
District Court ID No. 10749
afloyd@bealllc.com